# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JAMES T. ROBINSON,

    Petitioner,

v.                        CASE NO. 4:05cv1-RH/WCS

JAMES V. CROSBY, et al.,

    Respondents.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendants' motion to dismiss (documents 10 and 11) is GRANTED. The clerk shall enter judgment stating, "The petition, as amended, under 28 U.S.C. §2254, challenging the judgment in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case number 02-00601CFA, is DENIED with prejudice."

The clerk shall close the file.

    SO ORDERED this 20th day of September, 2005.

s/Robert L. Hinkle
Chief United States District Judge
